UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS URBANA DIVISION

| | | |
|---|---|---|
| REGIS PAILLARDON, | ) | Case No.:09 Civ. 2312 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ADM LATIN AMERICA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I, Anthony B. Ullman, hereby certify under penalty of perjury, that I caused a true and correct copy of the Summons, Complaint, Certificate of Interest pursuant to Local Rule 11.3, and Civil Cover Sheet to be delivered to Jon R. Fetterolf, Esq., an agent authorized by appointment to receive service of process on behalf of defendant ADM Latin America Inc., on January 6, 2010.

Dated: New York, New York
January 6, 2009

_____
Anthony B. Ullman

NewYork 1319390.1