UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| REGIS PAILLARDON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:09-cv-02312-HAB-DGB |
| ) | |
| ADM LATIN AMERICA, INC., ) | |
| ) | |
| Defendant. ) | |

## **RULE 11.2 DESIGNATION OF LEAD COUNSEL**

Now comes the Defendant, ADM Latin America, Inc., and designates as Lead Counsel pursuant to Local Rule 11.2, the following:

> Jerrold H. Stocks
> WINTERS, FEATHERSTUN, GAUMER,
> POSTLEWAIT, STOCKS & FLYNN
> 225 N. Water St., Suite 200
> P. O. Box 1760
> Decatur, Illinois  62525
> Telephone:  (217) 429-4453
> Fax:  (217) 425-8892
> E-Mail:  jstocks@family-net.net
>           jstocks@centralillaw.com

ADM LATIN AMERICA, INC., Defendant,

BY:   WINTERS, FEATHERSTUN, GAUMER,
      POSTLEWAIT, STOCKS & FLYNN,

BY:   /s/  Jerrold H. Stocks
      Jerrold H. Stocks
      ARDC No.:  06201986
      WINTERS, FEATHERSTUN, GAUMER,
      POSTLEWAIT, STOCKS & FLYNN
      225 N. Water St., Suite 200
      P. O. Box 1760
      Decatur, Illinois  62525

    Telephone:  (217) 429-4453
    Fax:  (217) 425-8892
    E-Mail:  jstocks@family-net.net
          jstocks@centralillaw.com

## CERTIFICATE OF SERVICE

I certify that on January 27, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM-ECF System which will send notification of such filing to the following:

Anthony B. Ullman
Salans, LLP
Rockefeller Center
620 Fifth Avenue
New York, NY  10020
VIA E-MAIL:  aullman@salans.com

    _____/s/ Jerrold H. Stocks_____
    Jerrold H. Stocks
    ARDC No.:  06201986
    WINTERS, FEATHERSTUN, GAUMER,
    POSTLEWAIT, STOCKS & FLYNN
    225 N. Water St., Suite 200
    P. O. Box 1760
    Decatur, Illinois  62525
    Telephone:  (217) 429-4453
    Fax:  (217) 425-8892
    E-Mail:  jstocks@family-net.net
          jstocks@centralillaw.com