E-FILED
Tuesday, 16 February, 2010  04:58:13 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| REGIS PAILLARDON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 2:09-cv-02312-HAB-DGB |
| | ) | |
| ADM LATIN AMERICA, INC., | ) | ORAL ARGUMENT REQUESTED |
| | ) | |
| Defendant. | ) | |

## DEFENDANT ADM LATIN AMERICA, INC.'S
## MOTION TO DISMISS THE COMPLAINT

Defendant ADM Latin America, Inc. ("ADM Latin"), by its undersigned attorneys, moves this Court for entry of an order dismissing Plaintiff's Complaint for failure to state a claim upon which relief may by granted, pursuant to Federal Rule of Civil Procedure 12(b)(6), and for improper venue under Federal Rule of Civil Procedure 12(b)(3). In support thereof, ADM Latin states as follows.

1. For the reasons set forth in the accompanying Memorandum in support of this Motion to Dismiss, the Complaint fails to state a claim upon which relief may be granted.

2. For the reasons set forth in the accompanying Memorandum in support of this Motion to Dismiss, this action was filed in an improper venue because it is subject to binding arbitration in another judicial district.

3. Therefore, Plaintiff's Complaint against ADM Latin should be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a cause of action upon which relief may be granted, and in the alternative pursuant to Federal Rule of Civil Procedure 12(b)(3) for improper venue.

WHEREFORE, ADM Latin requests the entry of an order dismissing Plaintiff's Complaint and for such further or alternative relief as the Court may deem appropriate under the circumstances. ADM Latin respectfully requests oral argument on this motion pursuant to CDIL-LR 7.1(A)(2) for the reason that ADM Latin seeks alternative relief as to which the opportunity for hearing would enable discussion of potential ruling on the antecedent grounds that could impact the alternative relief sought, and the opportunity for hearing would promote the advancement of the litigation toward resolution.

Dated: February 16, 2010

        ADM LATIN AMERICA, INC., Defendant,

BY:   WINTERS, FEATHERSTUN, GAUMER,
        POSTLEWAIT, STOCKS & FLYNN,

BY:   /s/Jerrold H. Stocks
        Jerrold H. Stocks
        ARDC No.: 06201986
        WINTERS, FEATHERSTUN, GAUMER,
        POSTLEWAIT, STOCKS & FLYNN
        225 N. Water St., Suite 200
        P. O. Box 1760
        Decatur, Illinois 62525
        Telephone: (217) 429-4453
        Fax: (217) 425-8892
        E-Mail: jstocks@family-net.net
               jstocks@centralillaw.com

## CERTIFICATE OF SERVICE

I certify that on February 16, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM-ECF System which will send notification of such filing to the following:

Anthony B. Ullman
Salans, LLP
Rockefeller Center
620 Fifth Avenue
New York, NY  10020
VIA E-MAIL:  aullman@salans.com

> /s/ Jerrold H. Stocks
> Jerrold H. Stocks
> ARDC No.:  06201986
> WINTERS, FEATHERSTUN, GAUMER,
> POSTLEWAIT, STOCKS & FLYNN
> 225 N. Water St., Suite 200
> P. O. Box 1760
> Decatur, Illinois  62525
> Telephone:  (217) 429-4453
> Fax:  (217) 425-8892
> E-Mail:  jstocks@family-net.net
>         jstocks@centralillaw.com